UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 2:25-cv-09727-JWH-ACCV | Date: | June 23, 2026 |
|---|---|---|---|
| Title: | *Michael James Horton v. Gena Jones, et al.* | | |

| Present: The Honorable | Angela C. C. Viramontes, United States Magistrate Judge |
|---|---|

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):**     **ORDER TO SHOW CAUSE RE DEFENDANT C. MIANO**

On October 6, 2025, plaintiff Michael James Horton ("Plaintiff") filed a complaint ("Complaint") alleging violations of civil rights under 42 U.S.C. § 1983. (Dkt. 1.)  Plaintiff named various correctional officers, employees, and medical staff who work for California Department of Corrections and Rehabilitation ("CDCR") at California State Prison, Los Angeles County and North Kern State Prison as defendants ("Defendants").  One of the named Defendants is Defendant C. Miano.  (Dkt. 1 at 4 of 17.)

Defendant C. Miano was served on December 18, 2025.  (Dkt. 16.)

On January 8, 2026, counsel specially appearing for Defendant Miano filed an *ex parte* application for an extension of time to file a responsive pleading ("Application").  (Dkt. 17.)  In the Application, counsel specially appearing for Defendant Miano requested a 31-day extension of time to file a responsive pleading because "[t]he Office of the Attorney General (OAG) is investigating the

issues raised by Plaintiff in his operative pleading and is determining whether it will be representing Defendant Miano and can therefore file a responsive pleading on his behalf." (*Id.* at 2.)  The OAG requested more time to determine if it will represent Defendant C. Miano and because it had not yet received Defendant C. Miano's request for representation.  (*Id.*)  The OAG represented that it was waiting for information it had requested from CDCR "to determine if possible conflicts of interests exist that would prevent OAG representation of any Defendant."  (*Id.*)

The Court granted the Application on January 13, 2026, and *sua sponte* consolidated the deadlines for responsive pleadings.  (Dkt. 18.)  Accordingly, all Defendants who had been served, including Defendant C. Miano, were required to file their responsive pleadings no later than February 9, 2026.  (*Id.*)

As of the date of this Order, Defendant C. Miano has not filed a responsive pleading.

Accordingly, Defendant C. Miano is **ORDERED TO SHOW CAUSE**, in writing, within ten (10) days of this Order, why the Court should not find that he is in default for failing to file an answer to the Complaint.  If Defendant C. Miano files an answer by that date, the order to show cause will be deemed automatically discharged.

**IT IS SO ORDERED.**