**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

MICHAEL JAMES HORTON,

Plaintiff,

v.

GENA JONES, *et al.*,

Defendants.

Case No. 2:25-cv-09727-JWH-ACCV

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The findings and recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2. The Moving Defendants' motion to dismiss is **GRANTED in part** and **DENIED in part**. Specifically,

   a. the claims of Plaintiff Michael James Horton against Defendants Hixon, Jones, Lundy, and C. Jordan are **DISMISSED with leave to amend**;

   b. Horton's claims against Defendant Genette are **DISMISSED without prejudice** for failure to serve properly; and

   c. the motion to dismiss is **DENIED** with respect to Horton's Fourteenth Amendment Equal Protection claim and Horton's request for injunctive relief.

**IT IS SO ORDERED.**

Dated: July 27, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE