UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-09727-JWH-ACCV** | Date: | September 10, 2026 |
| Title: | ***Michael James Horton v. Gena Jones, et al.*** | | |

Present: The Honorable Angela C. C. Viramontes, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS): ORDER TO SHOW CAUSE**

On July 27, 2026, the Court issued its Order Accepting Findings and Recommendation of United States Magistrate Judge ("Court Order") (Electronic Case Filing Number ("ECF No.") 35). Pursuant to the Court Order, the claims against Defendants Hixon, Jones, Lundy, and C. Jordan were dismissed with leave to amend. On August 3, 2026, the Court issued a further text order providing Plaintiff 30 days from the date of the text order to file an amended complaint against those defendants (ECF No. 36).

Plaintiff's First Amended Complaint ("FAC") was due on before September 2, 2026. To date, Plaintiff has failed to file a FAC within the allotted time nor has he requested an extension of time within which to do so.

Accordingly, on or before **September 24, 2026**, Plaintiff is ORDERED to either (a) advise the Court that he does not desire to pursue this action; (b) if plaintiff does desires to pursue this action, show good cause in writing, if any exists, why plaintiff has not timely filed with the Court a FAC, and why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with the Court's prior Order; or (c) file a FAC.

Plaintiff is forewarned that failing to complete either option **will** be deemed a violation of a court order and evidence of a failure to prosecute, both justifying dismissal of this action.

**IT IS SO ORDERED.**